

# INVOICE

| ACCOUNT NUMBER | DATE DUE | AMOUNT DUE | INVOICE NUMBER |
|---|---|---|---|
| 045350626 | No Payment Due | No Payment Due | 1110170276 |

To contact us call 1-888-388-4249

## Summary

**Statement Date:** 10/10/09
*Page 1 of 1 for:*
MIKE KLEIFGES
**For Service at:**
780 W WILLIAMS ST
APEX, NC 27502-5100

| | |
|---|---:|
| Previous Balance | 158.30 |
| Payments | -701.73 |
| Current Charges & Fees | 619.76 |
| Adjustments & Credits | -111.89 |
| Taxes | 35.56 |
| **Amount Due** | **$0.00** |



**No payment is due at this time.**
This statement is for your information only.

## Activity

| Start | End | Description | Amount |
|---|---|---|---:|
| | | Previous Balance | 158.30 |
| 09/13 | | Payment - Thank You - VISA | -468.58 |
| 10/10 | | Payment - Thank You - VISA | -233.15 |
| | | **Current Charges for Service Period 10/09/09 - 11/08/09** | |
| 10/09 | 11/08 | DIRECTV Sports Choice | 0.00 |
| 10/09 | 11/08 | OFFICE CHOICE Monthly | 74.99 |
| 10/09 | 11/08 | HD Access Monthly | 12.99 |
| 04/10 | 01/09 | MLB EXTRA INNINGS 2009 Promo | 0.00 |
| 09/13 | 04/12 | NFL SUNDAY TICKET w/SuperFan09 | 289.98 |
| 10/09 | 11/08 | DIRECTV SPORTS CHOICE Monthly | 12.00 |
| 10/09 | 11/08 | Local Channels Monthly | 5.00 |
| 09/19 | | PPV: UFC 103: Franklin/Belfort - LIVE on receiver 1866-470717 | 44.95 |
| 09/19 | | PPV: UFC 103: Franklin/Belfort HD-LIV on receiver 1866-470717 | 54.95 |
| 09/19 | | PPV: Boxing: Mayweather/Marquez-LIVE on receiver 1866-470717 | 49.95 |
| 09/19 | | PPV: Boxing: Mayweather/MarquezHD-LI on receiver 1866-470717 | 59.95 |
| | | **Fees** | |
| 10/10 | | Additional Receiver | 5.00 |
| 10/10 | | Additional Receiver | 5.00 |
| 10/10 | | Additional Receiver | 5.00 |
| | | **Adjustments & Credits** | |
| 09/19 | 09/21 | UFC 103: Franklin/Belfort - LIVE PPV Cancellation Credit | -44.95 Credit |
| 09/19 | 09/21 | Boxing: Mayweather/Marquez-LIVE PPV Cancellation Credit | -49.95 Credit |
| 10/07 | | Commercial Offer Credit | -16.99 Credit |
| | | North Carolina Video Services Tax | 35.56 |
| | | **AMOUNT DUE** | **$0.00** |



---

PLEASE FOLD ALONG PERFORATION, DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT.

| INVOICE NUMBER | DATE DUE | ACCOUNT NUMBER | AMOUNT DUE | PAYMENT ENCLOSED |
|---|---|---|---|---|
| 1110170276 | No Payment Due | 045350626 | No Payment Due | |

☐ Note my change of address on reverse side.
**DO NOT WRITE OTHER COMMENTS ON THIS FORM**

(919) 244-5317

Do not send cash. Make check or money order payable to:

#BWNHPWR
#PDECEPFBF3#
MB 01 002342 78826 B 10 A
MIKE KLEIFGES
780 W WILLIAMS ST
APEX NC 27502-5100

DIRECTV
PO BOX 60036
LOS ANGELES CA 90060-0036

0000000000000000045350626 3 0028 00000000 00000000 5