UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO.: 5:10-CV-0536

| | |
|---|---|
| JOE HAND PRODUCTIONS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JORKAY, LLC d/b/a RUDY'S PUB & )<br>GRILLE and MICHAEL B. PARENT, )<br>)<br>Defendants. )<br>_____) | **ANSWER OF DEFENDANTS** |

**NOW COMES** the Defendants, by and through undersigned counsel, and hereby Answers the numbered paragraphs of the Complaint of the Plaintiff as follows:

### FIRST DEFENSE

1. To the extent paragraph 1 of the complaint is an allegation, it is DENIED.

2. ADMITTED.

3. DENIED.

4. Defendants are without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 4, they are therefore, DENIED.

5. ADMITTED.

6. ADMITTED.

### COUNT I

7. This paragraph does not require a response.

8. Defendants are without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 8, they are therefore, DENIED.

1

9.  Defendants are without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 9, they are therefore, DENIED.

10. Defendants are without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 10, they are therefore, DENIED.

11. DENIED.

12. DENIED.

13. DENIED.

14. DENIED.

15. This allegation and all sub-parts thereof are DENIED.

16. DENIED.

## **COUNT II**

17. This paragraph does not require a response.

18. This allegation sets forth a legal conclusion to which no response is required as the federal statute speaks for itself.

19. DENIED.

20. This allegation sets forth a legal conclusion to which no response is required as the federal statute speaks for itself.

21. DENIED.

22. DENIED.

23. This allegation and all sub-parts thereof are DENIED.

24. DENIED.

## **COUNT III**

25. This paragraph does not require a response.

26. DENIED.

27. This allegation sets forth a legal conclusion to which no response is required as the federal statute speaks for itself.

28. DENIED.

29. DENIED.

30. DENIED.

## SECONSD DEFENSE-MOTION TO DISMISS

The Plaintiff has failed to state a claim against Defendants upon which relief may be granted and this matter should be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

**WHEREFORE**, Defendants pray the Court that:

1. This action be dismissed with prejudice;

2. The Plaintiff have and recover nothing from Defendants;

3. The costs of this action be taxed against the Plaintiff;

4. The matter be tried by a jury on all issues so triable;

5. It award reasonable attorney's fees for the defense of this action; and,

6. For such other and further relief as the Court shall deem just and proper.

Respectfully submitted this the 22nd day of June, 2011.

               **HAIRSTON LANE BRANNON, P.A.**

         By: /s/James E. Hairston, Jr.
            James E. Hairston, Jr.
            Attorney for Defendants
            N.C. State Bar No. 19687
            Carolina Trust Building
            230 Fayetteville St., 3rd Floor
            Raleigh, North Carolina 27601
            Telephone: (919)-838-5295
            Facsimile: (919)838-5299
            E-mail: jhairston@hlbnclaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing Answer was served on the following parties to this action via:

( )     hand delivery to:

( )     UPS/FedEx/Next Day Air to:

( )     Email: Rebecca@leighlaw.com

(**X**)     Electronic Filing

( )     depositing a copy of the same in the United States Mail postage prepaid

and addressed to:

**Rebecca A. Leigh, Esq.**
**301 S. Greene Street, Suite 201**
**Greensboro, NC 27401**

This the 22nd day of June, 2011.

**HAIRSTON LANE BRANNON, PA**

/s/James E. Hairston, Jr.
Attorney for Defendants
N.C. State Bar No. 19687
Carolina Trust Building
230 Fayetteville Street, Third Floor
Raleigh, North Carolina 27601
Telephone: 919-838-5295
Facsimile: 919-838-5299
E-mail: jhairston@hlbnclaw.com