UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case Number: 5:10-cv-536

Joe Hand Promotions, Inc. )
)
        Plaintiff, )
vs. ) STIPULATED FINAL JUDGMENT
)
Jorkay, LLC d/b/a Rudy's Pub & Grille and )
Michael Bruce Parent, )
)
        Defendants. )

Joe Hand Promotions, Inc. commenced this civil action to obtain monetary relief and civil penalties from Jorkay, LLC d/b/a Rudy's Pub & Grille and Michael Bruce Parent (the "Defendants"). The Defendants have agreed to a stipulated judgment. The parties, having requested the entry of this Stipulated Final Judgment, it is therefore, ORDERED, ADJUDGED and DECREED as follows:

Findings

1. Plaintiff was granted the exclusive nationwide commercial distribution rights to the *Ultimate Fighting Championship 103: Rich Franklin v. Vitor Belfort*, telecast nationwide on Saturday, September 19, 2009 (hereinafter the "Program").

2. Without the authorization of Plaintiff, Defendants unlawfully intercepted and exhibited the Program at their commercial establishment in Apex, North Carolina (located at 1406 Celandine Drive, Apex, North Carolina 27502).

3. Plaintiff brought causes of action against Defendants for violations of 47 U.S.C. § 605, et seq. and 42 U.S.C. § 553, et seq. See Complaint. Title 47 U.S.C. § 605 prohibits the theft of scrambled satellite communications and cable television

services.

4. This court has jurisdiction of the subject matter of this action pursuant to 28 U.S.C. Section 1331, 47 U.S.C. Section 553 and 47 U.S.C. Section 605. This court has personal jurisdiction over the parties in this action as a result of the Defendants' wrongful acts hereinafter which violated the Plaintiff's rights as a distributor of the transmission signal of the fight.

5. On June 5, 2013, the Court entered an order granting motion for summary judgment for Defendants as to counts two and three of Plaintiff's Complaint -- the claim pursuant to 47 U.S.C. § 605, as it relates to modification of a device or equipment knowing or having reason to know that the device and equipment is primarily of assistance in unauthorized decryption of satellite cable programming; and the claim pursuant to 42 U.S.C. § 553. The Court also granted summary judgment for Plaintiff as to the liability issue of count one of Plaintiff's Complaint - 47 U.S.C. § 605(e)(3)(C).

6. The parties agree to the entry of this Stipulated Judgment without trial or final adjudication.

## STIPULATED JUDGMENT

7. That Plaintiff, Joe Hand Promotions, Inc. shall have judgment against the Defendants, Jorkay, LLC d/b/a Rudy's Pub and Michael Bruce Parent, jointly and severally, in the amount of $2,500.00 with interest thereon at the maximum allowable rate from November 19, 2013.

SO STIPULATED:

/s/ Rebecca A. Leigh
Attorney for the Plaintiff,
Joe Hand Promotions, Inc.

/s/ James Hairston
Attorney for the Defendants, Jorkay, LLC d/b/a Rudy's Pub & Grille
And Michael Bruce Parent

/s/ Michael Bruce Parent
Individually and on behalf of Jorkay, LLC d/b/a
Rudy's Pub & Grille


IT IS SO ORDERED.

Dated this 25 day of November, 2013.

UNITED STATES DISTRICT JUDGE